*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*

## CERTIFICATE OF FORMATION

## GLOBAL HEALTHCARE MANAGEMENT LLC

*0400529917*

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey state law on 11/15/2012 and was assigned identification number 0400529917. Following are the articles that constitute its original certificate.

1. **Name:**
   GLOBAL HEALTHCARE MANAGEMENT LLC
2. **Registered Agent:**
   JAMES M. MURRAY
3. **Registered Office:**
   37 SCHOOL STREET
   CALIFON, NJ 07830
4. **Business Purpose:**
   MEDICAL SUPPLIES SALES

5. **Members/Managers:**

   JON LETKO
   50 MELCHOR
   EASTON, PA 18042

6. **Main Business Address:**
   34 BRIDGE STREET
   MILFORD, NJ 08848

**Signatures:**
   JAMES MURRAY
      AUTHORIZED REPRESENTATIVE



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 15th day of November, 2012*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification# 126541418
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp



EXHIBIT
A