05/16/2013  15:48    2016594306           GSY GEORGE YOUSSEF              PAGE  02/02

L-102 NJSA 42 (2/94)



FILED
MAY 16 2013
STATE TREASURER

New Jersey Division of Revenue

**Certificate of Amendment**
Limited Liability Company

0600167725

This form may be used to amend a Certificate of Formation of a Limited Liability Company on file with the Department of the Treasury. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited Liability Act, and insure that all applicable filing requirements are met.

1. Name of Limited Liability Company:
   WOODS PHARMACY, L.L.C.

2. Identification Number:
   0600167725

3. New LLC Name (if applicable).

4. Effective Date:
   April 21, 2003

5. The Certificate of Formation is amended as follows (provide attachments if needed):

   1- REMOVE WESAM HENNEN : 151 TEXAS ROAD, OLD BRIDGE NJ 08857
   2- REMOVE EMAD HENNEN   : 151 TEXAS ROAD, OLD BRIDGE NJ 08857
   3- ADD THE FOLLOWING NAME:
   NAME     : US HEALTHCARE PHARMACY , LLC
   ADDRESS  : 151 TEXAS ROAD , OLD BRIDGE NJ 08857

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42 and that they are authorized to sign this form behalf of the Limited Liability Company.

Signature: WeSam Henen
Name: WESAM HENNEN
Date: 5/16/13

EXHIBIT
C

NJ Division of Revenue, PO Box 308, Trenton, NJ 08646

## U.S. HEALTHCARE PHARMACY LLC
## CERTIFICATE OF AUTHORITY

U.S. Healthcare Pharmacy LLC is managed by elected managers. The names and addresses of its current managers as of 3/5/2013, are listed below. Each of these persons has managerial authority of the LLC and are empowered to transact business on its behalf including, but not limited to, the establishment of bank accounts, the acquisition of loans or lines of credit which will benefit the LLC, and the purchase of property, real or otherwise, for use or investment by the LLC.

| Name of Managers | Address |
| --- | --- |
| Jon Letko | 50 Melchor Drive<br>Easton, PA 18042 |
| Letko Asset Management LLC | P.O. Box 372<br>Milford, NJ 08848 |

Further, these Managers are specifically authorized to undertake all other reasonable and necessary business transactions on behalf of the LLC.

Date: 3/5/2013

Signed by: _____
Jon Letko, Managing Member
For U.S. Healthcare Pharmacy LLC