

## PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

### Certificate of Organization
### Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

| Name | | |
|---|---|---|
| KEYSTONE CHOICE PHARMACY LLC | | |
| Address | | |
| C/O JAMES MURRAY, P.O. BOX 297 | | |
| City | State | Zip Code |
| CALIFON | NJ | 07830 |

Document will be returned to the name and address you enter to the left.

Fee: $125

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
   **KEYSTONE CHOICE PHARMACY LLC**

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

   | (a) Number and Street | City | State | Zip | County |
   |---|---|---|---|---|
   | 448 CEDARVILLE RD, STE 9 | EASTON | PA | 18042 | NORTHAMPTON |

   (b) Name of Commercial Registered Office Provider     County
   c/o:

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:

   | Name | Address |
   |---|---|
   | JON P. LETKO | 50 MELCHOR DRIVE, EASTON, PA 18042 |



EXHIBIT D

DSCB:15-8913-2



4. ~~Strike out if inapplicable term~~
A member's interest in the company ~~is to be evidenced by a certificate of~~ membership interest.

5. ~~Strike out if inapplicable:~~
Management of the ~~company is~~ vested in a manager or managers.

6. The specified effective date, if any is: 02/01/2015
   month date year hour, if any

7. ~~Strike out if inapplicable:~~ The company is a restricted professional company organized to render the following restricted professional service(s):

N/A

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.



IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this

1ST day of FEB.  , 2015.

_____
Signature

_____
Signature

_____
Signature

Print Form

Docketing Statement DSCB:15-134A (Rev 2012)
Departments of State and Revenue

One (1) required

BUREAU USE ONLY:
Dept. of State Entity # _____

Dept. of Rev. Box # _____

Filing Period _____ Date 3 4 5 _____

SIC/NAICS _____ Report Code _____

Check proper box:

Pennsylvania Entities
- ___ business stock
- ___ business non-stock
- ___ professional
- ___ nonprofit stock
- ___ nonprofit non-stock
- ___ statutory close
- ___ management
- ___ cooperative
- ___ insurance
- ___ benefit
- **X** limited liability company
- ___ restricted professional limited liability company
- ___ business trust

Foreign Entities
State/Country _____ Date _____
- ___ business
- ___ benefit
- ___ nonprofit
- ___ limited liability company
- ___ restricted professional limited liability company
- ___ business trust

Other
- ___ domestication
- ___ division
- ___ consolidation

1. Entity Name:
**KEYSTONE CHOICE PHARMACY LLC**

2. Individual name and mailing address responsible for initial tax reports:

| Name | Number and street | City | State | Zip |
|---|---|---|---|---|
| JON LETKO | 50 MELCHOR DRIVE | EASTON | PA | 18042 |

3. Description of business activity: Retail Pharmacy

4. Specified effective date, if any:
02/01/2015
month/day/year    hour, if any

5. EIN (Employer Identification Number), if any:

6. Fiscal Year End:
DECEMBER

7. Fictitious Name (only if foreign corporation is transacting business in PA under a fictitious name):

State of New Jersey Online Tax/Employer Registration                                      Page 1 of 1

**State of New Jersey**
**Online Tax/Employer Registration**

---

Congratulations! You have completed the registration process.
Please note your Filer ID and confirmation number for your records and future use.

**FILER ID: XXXXX4574      Confirmation #: CN313618239 for Corp Number: 0400529917**

**If you have used both a Filer Id and FEIN in this session, the FEIN will be the official number for tax purposes.**

Your information will be posted to our production system within twenty-four hours.
Thank you for using our Business Filing and Registration Service. Best wishes for your
business endeavor.

---

[ Go to myNJ Business Portal ]

---

Div. of Revenue

12/6/2012