UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case Number 23-50301

v.                                               Honorable David M. Lawson

JAMES LETKO,

        Defendant,

JON LETKO,

        Petitioner.
_____/

**ORDER DIRECTING GOVERNMENT TO RESPOND**

On March 6, 2023, petitioner Jon Letko filed a petition asking the Court to adjudicate the interests in more than $650,000 in currency identified for forfeiture to the United States under a preliminary order of forfeiture entered in the related criminal prosecution of James Letko.  *See United States v. Letko*, No. 19-20652.  The Court has reviewed the petition and finds that it warrants a response from the government.

Accordingly, it is **ORDERED** that the government must file a response to the petition **on or before March 30, 2023**.

It is further **ORDERED** that counsel for the petitioner shall serve a copy of the petition and this order on counsel for the government forthwith and file a certificate of service.

                                                           s/David M. Lawson
                                                           DAVID M. LAWSON
                                                           United States District Judge

Dated:  March 9, 2023