UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                              Case No. 23-50301
                                                      Honorable David M. Lawson

vs.

James Letko,

        Defendant,

Jon Letko,

        Petitioner.

**Notice of Change of Assistant U.S. Attorney**

**To:    Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name:    Shankar Ramamurthy | |
| Bar ID:    IL 6306790 | Name:    NONE |
| Telephone:    (202) 924-5368 | |
| Email:    Shankar.Ramamurthy@usdoj.gov | |

                                                               S/Shankar Ramamurthy
                                                               Shankar Ramamurthy (IL 6306790)
                                                               Assistant U.S. Attorney
                                                               211 W. Fort Street, Ste. 2001
                                                                Detroit, Michigan 48226
                                                               (202) 924-5368
                                                               Shankar.Ramamurthy@usdoj.gov

Dated: March 17, 2023