UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　Case Number 23-50301
v.　　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

JAMES LETKO,

        Defendant,

JON LETKO,

        Petitioner.
_____/

**ORDER EXTENDING DEADLINE FOR GOVERNMENT TO RESPOND**

Pursuant to the stipulation of the parties (ECF No. 5), it is **ORDERED** that the government must file a response to the petition **on or before May 1, 2023**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:　March 21, 2023